In the Matter of CLAUDE NELSON STUART, a Suspended Attorney.

Decided June 24, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.